UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRANDON PATTERSON,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>CLEVELAND CLIFFS BURNS   )<br>HARBOR,   )<br>   )<br>   Defendant.   ) | Cause No. 2:23-CV-215-PPS-JEM |

### ORDER

Plaintiff Brandon Patterson and Defendant Cleveland Cliffs Burns Harbor have filed a Joint Stipulation of Dismissal [DE 36] stipulating to the dismissal of this entire case with prejudice.

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Joint Stipulation of Dismissal [DE 36] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause and all claims asserted therein **WITH PREJUDICE**. Each party will bear its own costs and attorney's fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: January 10, 2025.

   /s/ Philip P. Simon
   PHILIP P. SIMON, JUDGE
   UNITED STATES DISTRICT COURT